IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANNAH L. | : | CIVIL ACTION |
| *A MINOR INDIVIDUALLY AND BY* | : | |
| *AND THROUGH HER PARENTS* | : | NO. 12-4595 |
| *GEORGE L. AND SUSAN F., OF* | : | |
| *DOWNINGTOWN, PA,* | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| *DOWNINGTOWN AREA SCHOOL* | : | |
| *DISTRICT,* | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 24th day of July, 2014, upon consideration of the Plaintiff's Motion for Judgment on the Supplemented Administrative Record (Dkt. No. 27), Defendants Cross Motion for Disposition on the Administrative Record (Dkt. No. 28), and the responses thereto, it is hereby **ORDERED** that said Motions are **DENIED** and the Hearing Officer's decision is affirmed.

It is **FURTHER ORDERED** that the Clerk of Courts shall mark this case **CLOSED**.

BY THE COURT:

*/s/ C. Darnell Jones, II*

_____
C. DARNELL JONES, II,   U.S.D.J.